FILED

2021 JAN 19 AM 9:38

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 1:21-mj-00051  21MJ00269 |
| v. | |
| JOHN HERBERT STRAND, | |
| DEFENDANT(S). | DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Criminal Complaint
in the District of Columbia on January 13, 2021
at 7:07 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about January 6, 2021
in violation of Title 18 U.S.C., Section(s) 1752(a)
to wit: Restricted Building or Grounds

A warrant for defendant's arrest was issued by: G. Michael Harvey, U.S. Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/18/21
                     Date

*[signature]*

Signature of Agent

LaNard Taylor
Print Name of Agent

Federal Bureau of Investigation
Agency

Special Agent
Title

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT