AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
District of Columbia

2021 JAN 19 AM 9:38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: JB

| United States of America | ) |
|---|---|
| v. | ) |
| JOHN HERBERT STRAND | ) Case No. |
| | ) |
| | ) 21MJ00269 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Herbert Strand,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a) - Restricted Building or Grounds

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct

Date: 01/13/2021

G. Michael Harvey
2021.01.13 19:07:57
-05'00'

*Issuing officer's signature*

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*